IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

| | | |
|---|---|---|
| DYLAN WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. |
| | ) | |
| PHADAEL FEGUELSON, AND | ) | |
| COVENANT TRANSPORT, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **COMPLAINT**

COMES NOW the plaintiff, by and through counsel, Theodore C. Davis and Dustin L. DeVaughn of DeVaughn James Injury Lawyers, state and allege the following against Defendants Phadael Feguelson and Covenant Transport, LLC.

### A. PARTIES

1.   Plaintiff Dylan Wilson is a Kansas resident and citizen that resides at 205 S. 10th St., Herington, KS 67449.

2.   Defendant Phadael Feguelson resides at 220 Waterway Village Court, Greenacres, FL 33413, and may be served at that address.

3.   Defendant Covenant Transport, Inc., is corporation organized under the laws of the State of Tennessee. It may be served through its registered agent, Corporation Service Company, 2908 Poston Ave, Nashville, TN 37203-1312 USA.

### B. JURISDICTION AND VENUE

4.   This Court has jurisdiction over the parties and the subject matter.

5.   Venue is proper in the Wichita division of the Kansas District Court of the Federal District Court.

6.   This collision took place in Geary County, Kansas on March 9, 2018.

7.  This action is brought pursuant to 28 U.S.C. 1332 (a) on the basis of diversity of citizenship.

8.  The matter is in excess of the sum of Seventy-Five Thousand dollars ($75,000) exclusive of interests and costs.

## C.  NATURE OF ACTION

9.  This is a personal injury action arising out of a motor vehicle / semi-truck collision between a vehicle occupied by Plaintiff and a semi-truck operated and owned by Defendant Feguelson and Defendant Covenant Transport respectively.

## D.  ALLEGATIONS OF NEGLICENCE AND NEGLIGENC PER SE.

10. At all times relevant herein, Defendant Phadael Feguelson was an employee and/or agent of Defendant Covenant Transport, Inc., and was operating in the course and scope of his employment with Defendant Covenant Transport, Inc.

11. Defendant Phadael Feguelson was hired, qualified, supervised, and trained by Covenant Transport, Inc.

12. On or about March 9, 2018, at approximately 8:10 p.m., Defendant Phadael Feguelson was operating a Defendant Covenant Transport, Inc., semi-truck in the course and scope of his employment with Covenant Transport, Inc.

13. At the same time, Defendant Phadael Feguelson was involved in a collision with Plaintiff.

14. Defendant Phadael Feguelson attempted to make an improper u-turn, blocking US-77, causing Plaintiff's vehicle to collide with Defendants' semi-truck.

15. The actions and omissions of Defendants Phadael Feguelson and Covenant Transport, Inc., (both independently and through driver Phadael Feguelson under Respondent Superior and Vicarious Liability) were negligent, careless, and negligent per se for the following reasons:

    a.  Improper U-Turn;

b.  Failure to use proper signals;

c.  Failure to keep a proper lookout;

d.  Failure to exercise ordinary care;

e.  Operation of a commercial motor vehicle in a reckless or careless manner;

f.  Violation of K.S.A. § 8-1546; and,

g.  Violation of K.S.A. § 8-1548.

16.  The negligence of Defendant Covenant Transport, Inc., and their employee/agent Defendant Phadael Feguelson proximately caused the collision and the personal injuries and damages of Plaintiff.

17.  As a result of Covenant Transport, Inc.'s and Phadael Feguelson's negligence and negligence per se, Plaintiff sustained severe personal injuries. Plaintiff has or is expected to sustain past medical expenses, future medical expenses, past lost wages, medical mileage, and past and future non-economic damages such as pain, suffering and mental anguish.

WHEREFORE, Plaintiff requests judgment against defendant for an amount in excess of $75,000 plus costs and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Theodore C. Davis
        Theodore C. Davis, #25951
        Dustin L. DeVaughn, #16559
        3241 N. Toben
        Wichita, KS 67226
        [P] 316-977-9999
        [F] 316-425-0414
        tdavis@devaughnjames.com
        ddevaughn@devaughnjames.com
        *Attorneys for Plaintiff*

## DEMAND FOR PRETRIAL CONFERENCE AND JURY TRIAL

COMES NOW the plaintiffs and demands a pretrial conference and a trial by jury.


## DESIGNATION OF PLACE OF TRIAL

COMES NOW the plaintiffs and designates Wichita, Kansas as the place for trial in this matter.


By: /s/ Theodore C. Davis
Theodore C. Davis, #25951
Dustin L. DeVaughn, #16559
3241 N. Toben
Wichita, KS 67226
[P] 316-977-9999
[F] 316-425-0414
tdavis@devaughnjames.com
ddevaughn@devaughnjames.com
*Attorneys for Plaintiff*