IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DYLAN WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:19-cv-01013-EFM-KGG |
| | ) |
| PHADAEL FEGUELSON [SIC] AND | ) |
| COVENANT TRANSPORT, INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT DESIGNATION OF MEDIATOR

COME NOW Plaintiff Dylan Wilson, by and though his attorneys of record, DeVaughn James Injury Lawyers of Wichita, Kansas, and Defendants Feguelson Phadael and Covenant Transport, Inc., by and through their attorneys of record, Baker Sterchi Cowden & Rice, LLC of Overland Park, Kansas, and notify the Court that plaintiff and defendants have jointly agreed on and selected as the mediator for this matter:

> Craig Kennedy
> Law Offices of Craig Kennedy, P.A.
> 727 North Waco Ave., Suite 585
> Wichita, Kansas 67203
> (316) 263-4921

The mediation has been scheduled to take place on September 17, 2019, commencing at 9:30 a.m. at the offices of Craig Kennedy, P.A., 727 North Waco Ave., Suite 585, Wichita, KS 67203.

| DEVAUGHN JAMES INJURY LAWYERS | BAKER STERCHI COWDEN & RICE, LLC |
|---|---|
| /s/ Theodore C. Davis | /s/ Hal D. Meltzer |
| Theodore C. Davis    KS #25951 | Hal D. Meltzer    KS #10121 |
| Dustin DeVaughn    KS #16559 | Douglas P. Hill    KS #24897 |
| 3241 N. Toben St. | 9393 West 110th St., Suite 500 |
| Wichita, Kansas 67226 | Overland Park, Kansas 66210 |
| (316) 977-9999 | (913) 451-6752 |

(316) 425-0141 (facsimile)  
tdavis@devaughnjames.com  
ddevaughn@devaughnjames.com  
ATTORNEYS FOR PLAINTIFF

(816) 472-0288 Facsimile  
meltzer@bscr-law.com  
dhill@bscr-law.com  
ATTORNEYS FOR DEFENDANTS  
FEGUELSON PHADAEL AND  
COVENANT TRANSPORT, INC.