IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DYLAN WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  6:19-cv-01013-EFM-KGG |
| | ) |
| PHADAEL FEGUELSON (SIC) AND | ) |
| COVENANT TRANSPORT, INC., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Dylan Wilson and Defendants Feguelson Phadael and Covenant Transport, Inc., and pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), hereby stipulate and agree that all claims made or which could have been made by Plaintiff Dylan Wilson against Defendants Feguelson Phadael and Covenant Transport, Inc., herein, should be and the same are hereby dismissed with prejudice. Each party is to bear their own costs and expenses.

| DeVAUGHN JAMES INJURY LAWYERS | BAKER STERCHI COWDEN & RICE, LLC |
|---|---|
| /s/ Theodore C. Davis | /s/ Hal D. Meltzer |
| Theodore C. Davis            KS #25951 | Hal D. Meltzer            KS #10121 |
| Dustin L. DeVaughn         KS #16559 | Douglas P. Hill              KS #24897 |
| 3241 N. Toben | 9393 West 110th St., Suite 500 |
| Wichita, Kansas  67226 | Overland Park, Kansas 66210 |
| (316) 977-9999 | (913) 451-6752 |
| (316) 425-0414 Facsimile | (816) 472-0288 Facsimile |
| tdavis@devaughnjames.com | meltzer@bscr-law.com |
| ddevaughn@devaughnjames.com | dhill@bscr-law.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| DYLAN WILSON | FEGUELSON PHADAEL AND |
| | COVENANT TRANSPORT, INC. |